TOWNSHIP OF PARSIPPANY–TROY HILLS v. ROBERT AYREY.

July 15, 1980.

Petition for certification denied.

TOWNSHIP OF PARSIPPANY–TROY HILLS v. WAYNE GREGA.

July 15, 1980.

Petition for certification denied.

EMANUEL LOUDEN v. SAFECO INSURANCE COMPANY.

July 15, 1980.

Petition for certification denied.